476 A.2d 71

Commonwealth v. Hankins, Appellant.

Petition for Allowance of Appeal
Denied Aug. 22, 1984.

Argued January 24, 1984. Joseph P. Martone, for appellant; Paul J. Susko, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, TAMILIA and POPOVICH, JJ.

Judgment of sentence affirmed.

WIEAND, J., filed a dissenting memorandum.